| | | |
|---|---|---|
| MIKE SPANO<br>MAYOR<br><br>MATTHEW I. GALLAGHER<br>CORPORATION COUNSEL |  | CITY HALL ROOM 300<br>40 SOUTH BROADWAY<br>YONKERS, NEW YORK 10701-3883<br>(914) 377-6240 |

**CITY OF YONKERS**
DEPARTMENT OF LAW

March 21, 2024

**VIA ECF AND EMAIL**
Hon. Cathy Seibel
United States District Court Judge

      Re:    Shawn Nowak v. City of Yonkers, *et al.* (7:23 CV 10972(CS))
            **Request for Extension of Time**

Your Honor:

      During the March 7, 2024 pre-motion conference, the Defendants (City of Yonkers/Department of Public Works) were directed to inform the Court whether they intend to request permission to file a motion to dismiss the Title VII claims. The deadline for the Defendants to notify the Court of their intention is today (March 21, 2024).

      Defendants hereby request a four-day extension of time to notify the Court whether Defendants intend to move to dismiss the Title VII claims. If granted, Defendants' new deadline would be this Monday, March 25, 2024. This is the Defendants' first request for an extension of time. The reason for the instant request for an extension is because Defendants need additional time to review the file and to draft an appropriate response. Plaintiff's counsel (Steven Balken, Esq.) consents to this request.

      Additionally, Plaintiff's deadline to file a Second Amended Complaint is April 4, 2024. If the Court grants Defendants' instant request, I also request that Plaintiff's deadline to file a Second Amended Complaint be extended to April 8, 2024.

      Thank you for your consideration of this request.

Extension granted on consent. Defendants shall advise the Court by 03/25/24 whether they intend to move to dismiss the Title VII claims. Plaintiff's deadline to file a Second Amended Complaint is extended to 04/08/24.

Sincerely,

S/ *Dusan Lakic*

Dusan Lakic, Esq. (DL2015)
Second Deputy Corporation Counsel
Office of the Corporation Counsel
City of Yonkers

SO ORDERED.    03/21/24

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

1

                                                40 South Broadway, Room 300  
                                                Yonkers, New York 10701  
                                                E: dusan.lakic@yonkersny.gov  
                                                T: 914.377.6230

CC:     **VIA ECF & EMAIL**  
            Steven Balken, Esq.  
            Ballon Stoll P.C.  
            810 Seventh Avenue, Suite 405  
            New York, NY 10019